# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**STEVEN VACHANI** and **DANIEL KHESIN,**
Appellants,

v.

**ANDREW FLEISS,**
Appellee.

No. 4D2023-2311

[June 20, 2024]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Martin Bidwill, Judge; L.T. Case No. CACE21-020078.

Rebecca L. Rhew, West Palm Beach, for appellants.

Melissa A. Giasi and Erin M. Berger of Giasi Law, P.A., Tampa, for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, LEVINE and CONNER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***